UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

COLIN BRULEY,

    Plaintiff,

vs.                                        Case No. 3:07-cv-1083-J-32JRK

VILLAGE GREEN MANAGEMENT
COMPANY (a Foreign Corporation) and
TR MILL CREEK CORP., DBA THE OAKS
AT MILL CREEK APARTMENTS (a Foreign
Corporation) and LBK, L.P., DBA THE OAKS
AT MILL CREEK APARTMENTS (a Foreign
Limited Partnership),

    Defendants.

## **ORDER**[1]

This case, properly removed from state court on diversity grounds on November 21, 2007, is before the Court on plaintiff Colin Bruley's motion to remand for the reason that this Court should abstain from exercising jurisdiction based on the Thibodaux abstention doctrine.[2] (Doc. 11.) Defendants Village Green Management Company and TR Mill Creek Corp.'s filed a response in opposition. (Doc. 12.)

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

[2] See Louisiana Power & Light Co. v. City of Thibodaux, 360 U.S. 25 (1959).

The parties agree the following two-part test applies: (1) whether the case involves unsettled issues of state law and (2) whether the unresolved state law issues concern a power which is vital to the state's sovereign prerogative and to its orderly social and economic development. Dome Condo. Ass'n Inc. v. Goldenberg, 442 F. Supp. 438, 446 (S.D. Fla. 1977).  Upon review of the cited cases and the allegations in the complaint, the Court declines to exercise its discretion to abstain.  "The issues of [Florida] law presented by this case do not appear so ambiguous or so critical to the public policy of the state that abstention would be appropriate." R.N. Kelly Cotton Merchant, Inc., v. York, 379 F. Supp. 1075, 1078 (M.D. Ga. 1973) (citing Thibodaux, 360 U.S. 25 (1959)).  Accordingly, it is hereby

**ORDERED:**

1. Plaintiff's Motion to Remand (Doc. 11) is **DENIED**.

2. No later than **February 28, 2008** the parties shall file their Case Management Report, the form of which is attached hereto.

**DONE AND ORDERED** in Jacksonville, Florida, this 8th day of February, 2008.

TIMOTHY J. CORRIGAN
United States District Judge

vh.
Copies to (with attached CMR)
counsel of record